**Order entered February 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01259-CR

**CHRISTOPHER ALAN LUPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 062211**

## ORDER

Before the Court is the State's February 14, 2014 second motion to extend time to file its appellate brief. We **GRANT** the motion to the extent that we **ORDER** the State to file its brief on or before **Tuesday, March 4, 2014**.


/David Evans/
DAVID EVANS
PRESIDING JUSTICE